# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nicolas Reedy | ) | Case No. 2:21-mj-123 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2/19/2021_____ in the county of _____Franklin_____ in the

_____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |
| 18 USC 922(g)(9) | Domestic Violence Misdemeanant in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JERRY C. RICK, ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  February 24, 2021

City and state:  Columbus, Ohio

_____
Kimberly A. Jolson
United States Magistrate Judge

# ATTACHMENT A

I, Jerry Orick, being duly sworn, depose and state that:

I have been a Police Officer with the Columbus, Ohio Division of Police since 2001. I have been a Task Force Officer (TFO) with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms, and Explosives since May 2005. I am familiar with State and Federal criminal laws pertaining to firearms and narcotics violations.

1. This affidavit is made in support of a criminal complaint against Nicolas REEDY (DOB: 08/12/1989) for a violations of Title 18, United States Codes, Sections 922(g)(1) and 922(g)(9): Possession of a firearm and/or ammunition by a convicted felon and Possession of a Firearm by a Domestic Violence Misdemeanant. The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, consultation with Columbus Division of Police (CPD) Detectives / ATF Task Force Officers who are assisting directly in this investigation, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. REEDY has multiple convictions in the Franklin County Court of Common Pleas and Municipal Court, Ohio, one of which was punishable by a term of imprisonment of more than one (1) year. On or about 09/18/2012, REEDY entered a guilty plea in Case Number: 2012CRB021475-1-Domestic Violence/ Assault, a misdemeanor of the 1st degree. On or about 10-23-2013, REEDY entered a guilty plea in Case Number 13CR1913-Abduction, a felony of the 3rd degree.

3. On 2/18/2021, at approximately 1902hrs, Columbus, Ohio Division of Police officers were dispatched to 2786 Dolby Drive, Columbus, Ohio 43207 on a call for service regarding a discharged firearm into an occupied structure. Officers responded to the aforementioned residence and were met by the victim who informed the officers that he heard 5-6 shots and that a bullet had struck his residence. The victim further stated he exited the rear of his residence and observed REEDY running away from his fence line to a white sedan. Responding officers observed that the victim's residence was struck one time and the victim's shed was struck one time. The reporting officer listed four (4) individuals inside the residence at the time of the incident Responding officers recovered 4 shell casings in the parking lot at the rear of the residence. Officers listed four (4) individuals inside the residence at the time of the incident. The shell casings were transported to the Columbus, Ohio Division of Police property room and will be held as evidence. Ring Doorbell video of the incident was also captured and will be maintained by the Columbus, Ohio Division of Police as evidence.

4. ATF TFO Orick reviewed Franklin County, Ohio Jail Global Tel Link calls made by inmate Bethany Stroupe, Franklin County, Ohio Jail inmate 20210217015. On 2/18/2021, at approximately 1859hrs, Stroupe placed a call to REEDY at 614-403-2904 from the Franklin County, Ohio Jail. The aforementioned cellular telephone number was authenticated as belonging to REEDY via multiple Columbus, Ohio Division of Police reports and arrest reports where REEDY provides 614-403-2904 as a number belonging to him.

5.  During the call REEDY can be heard telling Stroupe that he is currently in the back of the victim's residence. Shortly after informing Stroupe of his location multiple gunshots can be heard. Later in the call REEDY asks Stroupe, "you didn't just hear it?" and "I did what I had to do". The Franklin County, Ohio Jail calls placed to REEDY will be maintained by ATF as evidence.

6.  On 2/19/2021, at approximately 0455hrs, Columbus, Ohio Division of Police Officer Craig #2760 observed a black 2011 Chevrolet Equinox bearing Ohio tag GQZ7518 with a skull sticker on the back window in the area of Groveport Road and Parsons Avenue, Columbus, Ohio. Officer Craig had prior knowledge that a vehicle matching the description of the aforementioned vehicle had recently been used by known felony assault suspect, Nicolas REEDY, who had an active arrest warrant for felonious assault.

7.  Officer Craig followed the vehicle and observed as the vehicle pulled into the rear of 1705 Parsons Avenue, Columbus, Ohio. The driver and front seat passenger exited the vehicle and approached Officer Craig. Additional Columbus, Ohio Division of Police officers arrived as backup and were informed that REEDY was the sole occupant of the vehicle. REEDY could be seen by officers crouching down behind the front passenger seat. REEDY was removed from the vehicle and arrested for his felony warrants.

8.  While securing REEDY, officers observed a firearm, later identified as a SCCY Industries LLC, model CPX-1, 9mm pistol, bearing serial number: 293771, in the netted pocket of the front passenger seat. Further inspection of the firearm revealed the firearm did not have a magazine or ammunition. Additionally, the firearm was found to have been previously stolen. The firearm was transported to the Columbus, Ohio Division of Police property room and will be held as evidence.

9.  TFO Orick received a verbal Interstate Nexus Determination which was conducted by ATF Special Agent Jason Burns on the aforementioned firearm to determine the origin and status as to travel in interstate and/or foreign commerce. SA Burns is an ATF Interstate Nexus Expert, is a graduate of the ATF Firearms Interstate Nexus Training School, and is certified in making firearms and ammunition interstate nexus determinations. SA Burns determined that the aforementioned firearm, specifically the SCCY Industries LLC, model CPX-1, 9mm pistol, bearing serial number: 293771 was not manufactured in the State of Ohio and therefore moved/affected interstate/foreign commerce to arrive in the State of Ohio.

10. The aforementioned offense occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

11. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms violations, your affiant believes that probable cause exists to believe that on or about 2/19/2021, Nicolas REEDY, a previously convicted felon, and Domestic Violence Misdemeanant did possess a firearm which was not manufactured in the state of Ohio and therefore travelled in and/or affected interstate commerce, in violation of Title 18, United States Codes, Sections 922(g)(1) and 922(g)(9).

Jerry Orick, ATF Task Force Officer

Sworn to before me and signed in my presence.

February 24, 2021

Kimberly A. Jolson
United States Magistrate Judge

Date